IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00235-D-1
NO. 5:18-CR-00235-D-2
NO. 5:18-CR-00235-D-3
NO. 5:18-CR-00235-D-4
NO. 5:18-CR-00235-D-5
NO. 5:18-CR-00235-D-6
NO. 5:18-CR-00235-D-7
NO. 5:18-CR-00235-D-8

UNITED STATES OF AMERICA

v.

MARQUAVIOUS HAROLD CARR
RODNEY DURRELL THOMAS
SHAQUANDRA MCALLISTER
TRAVIS KWYMAINE RUFFIN
MARCUS ANTWAN WILEY
MARQUICE QUASHAWN MCCOY
MICHAEL SPEIGHT
DE'ANDRE ANTHONY LUCAS

**FINAL ORDER OF FORFEITURE**

WHEREAS, the Court entered Preliminary Orders of Forfeiture pursuant to the provision of 21 U.S.C. § 853, based upon defendants Marquavious Harold Carr, Rodney Durrell Thomas, Shaquandra McAllister, Travis Kwymaine Ruffin, and Marcus Antwan Willey pleas of guilty to offenses in violation of 21 U.S.C. §§ 841(a)(1) and 846; and, based upon defendants Marquice Quashawn McCoy, Michael Speight, and De'Andre Anthony Lucas pleas of guilty to offenses in violation of 21 U.S.C. §

1

846; and, all of the defendants' agreement to the forfeiture of the property listed in the Preliminary Orders of Forfeiture, to wit:

   a) $5,198.00 in United States Currency;

   b) One Smith and Wesson M&P 40 caliber bearing s/n DWJ9852;

   c) One Ruger P95 9mm handgun bearing s/n 31778647; and

   d) Any and all related ammunition;

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between September 5, 2019 and October 4, 2019, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions. Said published notice advised all third parties of their right to the petition the court within sixty (60) days from the first day of publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for any of the subject property described in this Court's Preliminary Orders of Forfeiture, other than those specifically mentioned herein.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the subject U. S. Currency, firearms, and ammunition listed in the Preliminary Orders of Forfeiture are hereby forfeited to the United States. That the U. S. Marshal's Service and/or the U. S. Drug Enforcement Administration is directed to dispose of the property according to law, including destruction.

2. That any and all forfeited funds shall be deposited by the United States Department of Justice as soon as located or recovered into the Department of Justice's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this 7 day of June, 2021.

JAMES C. DEVER III
United States District Judge