IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CR-235-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MARCUS ANTWAN WILEY, | ) | |
| | ) | |
| Defendant. | ) | |

Not later than April 12, 2024, the United States shall respond to defendant's motion to reduce sentence [D.E. 479].

SO ORDERED. This 25 day of March, 2024.

JAMES C. DEVER III
United States District Judge